

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 17, 2019

Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

    Re:    *United States v. Xiaoqing Zheng*
            18-MJ-434 (CFH)

Dear Judge Hummel,

    The government has no objection to the defendant's request to temporarily travel outside of the NDNY per his letter request of January 16, 2019.

                              Very truly yours,

                              GRANT C. JAQUITH
                              United States Attorney

            By:    */s/ Richard Belliss*
                      Richard D. Belliss
                      Assistant U.S. Attorney