UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -vs-

XIAOQING ZHENG,
           Defendant.

**ORDER**

Criminal Action No. 1:19-cr-156 (MAD)

BASED ON THE JOINT STIPULATION AND THE FOLLOWING FINDINGS, IT IS HEREBY ORDERED:

1. That the sixty (60) day period, from August 9, 2019 to and including **October 7, 2019**, shall be excludable in computing time under the Speedy Trial Act. Based on the stipulated facts and findings set forth in the joint stipulation which the Court incorporates into this Order and adopts them as findings, the Court further finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2. The deadline for the completion of discovery by the United States shall be completed on or before **August 23, 2019** (otherwise due within 14 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial Order). The deadline for the completion of reciprocal discovery by the Defendant shall be completed on or before **August 30, 2019** (otherwise due within 21 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial order).

3. Any pretrial motions in this case shall be filed on or before **September 6, 2019** and shall be made returnable on October 15, 2019 on submit before Judge Mae A. D'Agostino with no appearances necessary.

4.  Any change of plea shall be entered on or before **October 11, 2019**.

5.  All pretrial submissions as set forth in the second criminal pretrial scheduling order (Dkt. No. 30) are due on or before **October 15, 2019.**

6.  A Final Pretrial Conference will be held **on October 22, 2019 at 10:00 a.m.** in Albany before Judge Mae A. D'Agostino. Counsel are directed to report to Judge D'Agostino's chambers for this conference.

7.  Jury Trial is scheduled to commence on **October 28, 2019 at 9:30 a.m.** before Judge Mae A. D'Agostino in Albany, New York.

IT IS SO ORDERED

Dated: August 9, 2019
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 19-CR-00156 (MAD) |
| v. | |
| XIAOQING ZHENG | (Hon. Mae A. D'Agostino) |
| | STIPULATION AND ORDER FOR ENLARGEMENT OF TIME |
| Defendant. | |

*******************************

## STIPULATION

Kevin Luibrand, the attorney for defendant Xiaoqing Zheng in the above-captioned action, having moved for a continuance of sixty (60) days within which the defense may review discovery, conduct its own investigation, and research and prepare motions, and Grant C. Jaquith, United States Attorney for the Northern District of New York (by Richard Belliss, Assistant United States Attorney), having consented to the continuance and the proposed exclusion of a sixty (60) day period under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of federal arrest: August 1, 2018

    b. Date of indictment: April 18, 2019

    c. Date of arraignment: April 23, 2019

    d. Defendant custody status: Defendant is released on conditions

        i. Date United States moved for detention: N/A

        ii. Date of detention hearing: N/A

defense to be prepared to defend the case at trial on August 26, 2019 (the presently scheduled trial date), taking into account the exercise of due diligence.

4.  The parties stipulate and agree that the time period running sixty (60) days from the date of the Court=s order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: August 8, 2019

GRANT C. JAQUITH
United States Attorney

for: _____ 700759
Richard Belliss
Assistant U.S. Attorney
Bar Roll No. 515295

August 7, 2019

_____
Kevin Luibrand, Esq.
Attorney for Xiaoqing Zheng
Bar Roll No. 102083

## ORDER

A.	The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

B.	The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial because the nature of the investigation, its complexity, the need for the defense to review evidence, to conduct an investigation, and to prepare its motions, make the requested delay necessary, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED

A.	That the sixty (60) day period running from the date of this Order, up to and including _____, 2019 shall be excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) in order to give the defense reasonable time necessary for effective preparation.

B.	The deadline for the completion of reciprocal discovery by the defendant (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by 60 days to _____ 2019.

      C.      The trial in this matter shall begin on _____, 2019 before United States District Judge Mae A. D'Agostino, in Albany, New York or, in the alternative, a change of plea shall be entered on or before _____, 2019.

Dated: August \_\_\_\_\_, 2019

                                                  Hon. Mae A. D'Agostino
                                                United States District Court Judge
                                                Northern District of New York