**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 1:19-cr-00156-MAD |
| | ) |
| XIAOQING ZHENG. | ) |

**MOTION FOR WITHDRAWAL OF**
**MATTHEW W. OLINZOCK AS COUNSEL FOR DEFENDANT**

Matthew W. Olinzock respectfully moves this Court for an order permitting the withdrawal of his appearance as counsel for Defendant Xiaoqing Zheng (the "Defendant") in this matter. In support thereof, the undersigned states as follows:

1. Prior to July 10, 2020, Defendant was represented in this matter by Kevin A. Luibrand from the Luibrand Law Firm PLLC and two attorneys from the law firm of Breeding Henry Baysan PC—Bradley L. Henry (the lead attorney), and Matthew W. Olinzock.

2. On July 10, 2020, Mr. Henry left Breeding Henry Baysan PC and began practicing with the law firm of Michelman & Robinson LLP. Mr. Henry's new contact information is:

    Michelman & Robinson LLP
    800 Third Avenue, New York, NY 10022
    212-730-7700
    bhenry@mrllp.com

3. Defendant has since informed the undersigned counsel that he desires to continue with his representation by Mr. Henry, have his filed transferred to Mr. Henry's new firm, and for Mr. Olinzock to withdraw as counsel.

4. Defendant will continue to be represented in this matter by his other counsel of record—Mr. Luibrand and Mr. Henry.

**WHEREFORE,** Matthew W. Olinzock respectfully requests that the instant motion be granted; and that the Court grant Mr. Olinzock leave to withdraw as counsel.

        Respectfully submitted,

        /s/ Matthew W. Olinzock
        Matthew W. Olinzock
        900 South Gay Street, Suite 1950
        Knoxville, Tennessee 37902
        Tel: 865-670-8535
        Fax: 865-670-8536
        molinzock@bhblegal.com
        *Withdrawing Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Matthew W. Olinzock, an attorney, certify that on August 28, 2020, I served the above by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

        /s/ Matthew W. Olinzock
        Matthew W. Olinzock