UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -V.-　　　　　　　　　　　　　　　　　　　　　　1:19-cr-00156 (MAD)
    　　　　　　　　　　　　　　　　　　　　　　　　(Hon. Mae A. D'Agostino)
XIAOQING ZHENG AND
ZHAOXI ZHANG,

              Defendants.

-----------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, Brad Henry, counsel for Defendant XIAOQING ZHENG in this action, respectfully moves for the admission of Kraig Ahalt to appear and practice *pro hac vice* in this action on behalf of Defendant XIAOQING ZHENG. Mr. Ahalt is a member in good standing of the bar the State of New York, and there are no pending disciplinary proceedings against him in any state or federal courts.

Attached to this Motion are a Declaration of Sponsor, an Attorney Registration Form, a Petition for Admission to Practice, a Certificate of Good Standing, and a Proposed Order.

Dated: July 30, 2021　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　MICHELMAN & ROBINSON, LLP

　　　　　　　　　　　By:　　/s/ Brad Henry
　　　　　　　　　　　　　　　Brad Henry, Esq.
　　　　　　　　　　　　　　　800 Third Avenue, 24th Floor
　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　Tel: (212) 730-7700
　　　　　　　　　　　　　　　bhenry@mrllp.com

　　　　　　　　　　　　　　　*Attorneys for Defendant Zheng Xiaoqing*