**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-V.-

XIAOQING ZHENG AND
ZHAOXI ZHANG,

        Defendants.

-----------------------------------------------------------------X

1:19-cr-00156 (MAD)

(Hon. Mae A. D'Agostino)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, Brad Henry, counsel for Defendant XIAOQING ZHENG in this action, respectfully moves for the admission of Kathleen H. Shannon to appear and practice *pro hac vice* in this action on behalf of Defendant XIAOQING ZHENG. Ms. Shannon is a member in good standing of the bar the State of New York, and there are no pending disciplinary proceedings against her in any state or federal courts.

Attached to this Motion are a Declaration of Sponsor, an Attorney Registration Form, a Petition for Admission to Practice, a Certificate of Good Standing, and a Proposed Order.

Dated: August 2, 2021

                                              Respectfully Submitted,

                                              MICHELMAN & ROBINSON, LLP

        By:    */s/ Brad Henry*
                  Brad Henry, Esq.
                  800 Third Avenue, 24th Floor
                  New York, New York 10022
                  Tel: (212) 730-7700
                  bhenry@mrllp.com

*Attorneys for Defendant Zheng Xiaoqing*