**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA**

v.

Xiaoqing Zheng
          **Defendant**

_____

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Aug 13 - 2021**

AT **8** O'CLOCK **37** MINUTES
John M. Domurad, Clerk

**Case No. : 1:19-CR-156 (MAD)**

### WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby

states that (1) the Defendant has received a copy of the above-numbered Indictment,

Superseding Indictment, or Information; (2) the Defendant understands the right to appear in

person at the Arraignment and hereby waives that right; and (3) the defendant pleads not

guilty to all charges in this case.

DATED: 8/12/2021

DATED: 8/12/2021

_____
Defendant

_____
Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of

appearance at Arraignment is **APPROVED;** (2) the Defendant is arraigned and the plea of

not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order;

and (3) a scheduling order shall be entered forthwith setting forth the schedule for the

progression of the case.

DATED:   8/13/2021
      Albany, New York

_____
Christian F. Hummel
UNITED STATES MAGISTRATE JUDGE