UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
                                           :
        -V.-                               :        1:19-cr-156 (MAD)
                                           :
ZHENG Xiaoqing and                         :
ZHANG Zhaoxi,                              :
                                           :
        Defendants.                        :
                                           :
------------------------------------------------------------------X

# DEFENDANT XIAOQING ZHENG'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO $50,000.00 CASH SEIZED FROM DEFENDANT'S RESIDENCE
**(Motion in Limine Number 8)**

Pursuant to Federal Rules of Evidence 104(a) and the Court's July 6, 2021, Trial Order, Defendant Xiaoqing Zheng ("Dr. Zheng"), by and through his attorneys, Michelman & Robinson LLP and Luibrand Law Firm PLLC, respectfully moves *in limine* to exclude evidence or testimony related to $50,000.00 cash that was seized by the US Government from Dr. Zheng's residence on August 1, 2018, and for other relief as the Court deems just and proper. In support, Dr. Zheng submits a memorandum of law dated August 23, 2021, which is being filed contemporaneously with this motion.

| | |
|---|---|
| Dated: August 23, 2021<br>New York, New York | Respectfully submitted,<br><br>MICHELMAN & ROBINSON, LLP<br><br>/s/ Bradley L. Henry<br>Bradley L. Henry, Esq.<br>Lazar Sterling-Jackson, Esq.<br>Kathleen Hunter Shannon, Esq.<br>Kraig Ahalt, Esq.<br>800 Third Avenue, 24th Floor<br>New York, New York 10022<br>Tel: (212) 730-7700<br>bhenry@mrllp.com<br>lsterling-jackson@mrllp.com<br>kshannon@mrllp.com<br>kahalt@mrllp.com<br><br>LUIBRAND LAW FIRM, PLLC<br><br>/s/ Kevin Luibrand<br>Kevin Luibrand, Esq.<br>950 Loudon Rd., Suite 270<br>Latham, New York 12110<br>Tel: (518) 213-3770<br>kluibrand@luibrandlaw.com<br><br>*Attorneys for Defendant Xiaoqing Zheng* |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Defendant's Motion in Limine to exclude evidence or testimony related to $50,000.00 cash that was seized by the US Government from Dr. Zheng's residence on August 1, 2018 was served by electronic filing on this 23rd day of August, 2021 on all counsel or parties of record.

                                              /s Brad Henry