# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand, Esq.
Ashlynn R. Savarese, Esq.
Benjamin Mehic, Esq.

Phone: (518) 783-1100
Fax:    (518) 783-1901
*Service by Fax is not accepted*

Paralegals:
Janet L. Murray
Emily Hart
Jennifer Setford

Professional Staff:
Mary Grace Luibrand
Cameron Murray

June 6, 2022

Honorable Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207

Re:  United States v. Xiaoqing Zheng
     Case No.: 1:19-cr-00156 (MAD)

Dear Judge D'Agostino:

The deadline to file post-trial motions with respect to this matter is now June 13, 2022, having been extended by the court. [*CM/ECF document 257*] I have a jury trial commencing June 13, 2022 in Albany County Supreme Court in the matter of Quinn v. FASNY, et al., Index No. 905960-19. Over the past month, I have had half of my office out with COVID for almost two weeks, and have been extensively preparing for the Quinn trial. The purpose of this letter is to ask the Court for a further extension of the June 13, 2022 motion filing deadline to June 29, 2022. This extension would allow sufficient time given that Mr. Zheng's sentencing is scheduled for August 2, 2022.

We thank the court for its consideration.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL:jlm

cc:  Richard Bellis, Esq., AUSA

Website:  LuibrandLaw.com