# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand, Esq.
Ashlynn R. Savarese, Esq.
Benjamin Mehic, Esq.

Phone: (518) 783-1100
Fax: (518) 783-1901
*Service by Fax is not accepted*

Paralegals:
Janet L. Murray
Jennifer Setford

Professional Staff:
Mary Grace Luibrand
Cameron Murray

July 8, 2022

Honorable Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207

Re: **United States v. Xiaoqing Zheng**
    **Case No.: 1:19-cr-00156 (MAD)**

Dear Judge D'Agostino:

The purpose of this letter is to request an adjournment of the sentencing of Xiaoqing Zheng for sixty (60) days beyond the currently scheduled August 2, 2022 date.

The issues with respect to sentencing have proven to be complicated based upon the 1 count conspiracy conviction, and 11 count combined acquittals and hung jury. The guideline calculations are related to the value of claimed trade secrets. The Pre-Trial Services report has identified a preliminary calculation for loss that would be contradicted, we believe, by analysis of the evidence presented at trial. We have been communicating with pre-trial services and Mr. Henry is scheduling a joint conference with the U.S. Attorney on the PSR calculations.

We believe that the best record for the court to consider in sentencing would be one that is developed and presented to the court through the most thorough analysis by all parties as possible, and thus we need an additional sixty (60) days to formulate and present to the court that analysis.

We appreciate the court's consideration in this regard.

Very truly yours,
LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL/jes
cc:  Richard Belliss, Esq., AUSA

Website:  LuibrandLaw.com