

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*　　　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

July 18, 2022

Hon. Mae A. D'Agostino
United States District Court Judge
Northern District of New York
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207

    Re:    Post Trial Motions ico *United States v. Xiaoqing Zheng*
             19-CR-156 (MAD)

Dear Judge D'Agostino,

    On June 29, 2022 the defense filed its post-trial motions. Dkt. No. 277. The defense's motions raise some novel arguments which are requiring some additional legal research by the government. Consequently, the government respectfully requests that its motion response date, currently set for July 20, 2022, be extended by two weeks to August 3, 2022.

    Thank you.

                                                Very truly yours,

                                               CARLA B. FREEDMAN
                                               United States Attorney

                          By:    */s/ Richard Belliss*
                                   Richard D. Belliss
                                   Assistant U.S. Attorney

Copy to:

    Kevin Luibrand, Esq.                                                         (via ecf)
    Luibrand Law Firm, PLLC
    950 New Loudon Road, Suite 270
    Latham, New York 12110

    *Attorney for Xiaoqing Zheng*