

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

August 2, 2022

Hon. Mae A. D'Agostino
United States District Court Judge
Northern District of New York
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207

    Re:    Government Response to Defense Post Trial Motions ico *United States v. Xiaoqing Zheng* 19-CR-156 (MAD)

Dear Judge D'Agostino,

    On August 2, 2022 the government filed a 28 page memorandum of law (Dkt. No. 282) in opposition to the defendant's post-trial motions. The government respectfully requests, pursuant to L.R.Cr.P. 12.1(a), permission to file the aforementioned memorandum of law which exceeds the Court's page limit of 25 pages. The oversized memorandum of law is necessary to adequately respond to the arguments raised by the defendant in his post-trial motions.

    Thank you.

                                                   Very truly yours,

                                                 CARLA B. FREEDMAN
                                                 United States Attorney

                            By:    */s/ Richard Belliss*
                                                 Richard D. Belliss
                                                 Assistant U.S. Attorney

Copy to:

    Kevin Luibrand, Esq.                                                                (via ecf)
    Luibrand Law Firm, PLLC
    950 New Loudon Road, Suite 270
    Latham, New York 12110

    *Attorney for Xiaoqing Zheng*