

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*      Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*   Fax: (518) 431-0249
*Albany, New York 12207-2924*

September 13, 2022

Hon. Mae A. D'Agostino
United States District Court Judge
Northern District of New York
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207

    Re:    Sentencing Hearing ico *United States v. Xiaoqing Zheng*
              19-CR-156 (MAD)

Dear Judge D'Agostino,

    The sentencing hearing in this case is currently scheduled for October 5, 2022. Earlier today the defense submitted a letter requesting that the sentencing hearing be adjourned. *See* Dkt. No. 286. The government respectfully requests that the sentencing hearing remain scheduled for October 5, 2022.

    As a matter of brief background, the government has previously communicated with GE, the victim in this case, that it had the right to submit a victim impact statement, and that it could, if it chose to, provide a letter that would quantify GE's economic losses from the defendant's crime. To date, GE has not provided any of the aforementioned materials to the government. In the event that GE does provide such materials, they will be promptly provided to the defense and to Probation.

    However, until, and if, GE submits additional materials for the parties to consider, the government respectfully submits that the sentencing hearing should not be adjourned. The parties have had ample time given the current state of the evidence to review and respond to the PSR as things currently stand. Should GE submit additional materials that require further analysis and consideration by the parties, then a sentencing hearing adjournment may be appropriate.

    Thank you.

Letter to Judge D'Agostino
*United States v. Zheng*
19-CR-156 (MAD)
September 13, 2022
Page 2

                          Very truly yours,

                          CARLA B. FREEDMAN
                          United States Attorney

By:   */s/ Richard Belliss*
        Richard D. Belliss
        Assistant U.S. Attorney

Copy to:

Kevin Luibrand, Esq.                                            (via ecf)
Luibrand Law Firm, PLLC
950 New Loudon Road, Suite 270
Latham, New York 12110

*Attorney for Xiaoqing Zheng*