Dear Honorable Judge Mae D'Agostino,

I cannot wait to write this letter to show who my husband Xiaoqing is, as the person knows him the best. I was eager and ready to testify during his trial, but was advised not to since I could be emotional and have strong feelings about what he is accused of. The attorneys were right, and that I did burst out at one moment in your court, and I apologize for that.

I have known Xiaoqing for 40 years. We have been married for 37 years and have three beautiful children, Angel, Joyce and William. Xiaoqing and I met in college. I fell for his kindness, intelligence and brightness. In his first visit to my parents, he fixed every malfunctioning item in the house. My parents, both senior engineers, were deeply impressed and knew right away I would be taken good care of. Indeed, Xiaoqing cares about people around him. He cannot stand anything not working. So he is always busy and always working on something. He walks extra miles to help people, which earned him a good reputation. But walking extra miles at work may not necessarily result as well. His endless chase for standing out and solving issues has led him to trouble this time.

We have always been together since we got married in 1987, except for the time when he came to USA alone in 1992 to explore opportunity of better life for our daughter Angel and ourselves. In two years, he managed to get Angel and me to join him in Denver. He sacrificed his career in China as he was a rising star in Chinese Academy of Sciences and was awarded an apartment in Beijing. Thanks to his sacrifice, we later have two more children, Joyce and William. We were content with our lives. In 2015, we bought cemetery spots for ourselves in Latham. We were set for our forever-resting place together. We love, trust and support each in our long marriage. However, like most couples, we had our fair share of struggles as well, mostly due to disagreements on things related to children's extracurricular lessons and financial decisions. He works hard and always try to provide the best for all of us under any circumstances. In the last 20 years, he worked two jobs most of time to support our children's education and to afford me staying home to take care of our children. Amazingly, I never heard him complaining about too much work. I wondered if his diligence is due to the long time he spent in school and being influenced by the hardworking professors.

Xiaoqing went to college at 16, and stayed in the same university until he got his PhD. He never worked outside of school before 27. His first five years in the USA were also limited to universities, doing research work. He essentially grew up in

academic environments. He is ultimately student-scholar minded and naïve in life. He hardly pays any attention to politics or geopolitics. But he is active in communities owing to his caring nature, from helping people with computer issues, networking problems and fixing cars.

He was the teachers' favorite student in schools, and the favorite employee to every company he worked for (maybe except GE until a point). At age of 33, his first job outside of academia was a research engineer in an engineering software company in Boston, called ADINA. Two years later, he left ADINA to work for Eaton Corporation in Rhode Island. ADINA contacted him a few times to persuade him back with better compensation. He declined eventually because I preferred Rhode Island. After "9-11", we decide to become US citizens and were naturalized. In 2002, Xiaoqing got a job offer from Jacobs Engineering Group. However, Eaton didn't want him go. He ended up working full time for Jacobs and part time for Eaton. After our son was born, he switched to full time for Eaton and part time for Jacobs so he could have more time working closer to home. He kept working at those two jobs to pay college tuition for our daughter Angel. As an appreciation, Angel managed to finish Bachelor and Master in only four and half years from Schreyer Honors College of Penn State, and won the Fulbright Award right after.

Our second daughter, Joyce, had ADHD (Attention Deficit Hyperactivity Disorder) which might have been caused by lead poisoning from cracked paint when she was an infant in a rental apartment. Joyce had difficulties fitting in school and community in Rhode Island. Xiaoqing decided to move to give Joyce a new start in a new school with better support for disadvantaged students. That was the main reason for Xiaoqing to give up his manager position in Eaton to work for GE as an engineer. The Niskayuna school system provided outstanding support to Joyce and helped Joyce to graduate from high school with good standing.

With hardworking and creativeness, Xiaoqing had a good start in GE and was promoted to Technical Leader two years later, and then Principal Engineer. He was awarded more than twenty times of "Above & Beyond" for his outstanding work, "Manufacturing Engineer of the Year" in 2012, 40+ times of monetary awards, and GE stock options. He got 50+ patents for GE in 10 years. He survived rounds of re-organization and layoffs. With people being laid off on his left and right, Xiaoqing started to look around and found a job opportunity in Connecticut in 2017. His manager Sean Feeny told him not to leave because he was never considered for

cut. At the time when GE Power was cutting 12,000 jobs, Xiaoqing felt much valued and only brought more work home.

During his early years with GE, Xiaoqing managed to continue working on two jobs. First, Eaton still wanted Xiaoqing in a supportive role. After obtaining approval from GE, he worked part time for Eaton for a while. Then in 2011, his prior co-worker Chuck Alten formed a company called "AZ Seal and Bearing" with Xiaoqing. After obtaining GE's approval, Xiaoqing designed and analyzed many seals for an aviation engine sealing company in Florida. GE knows well that aviation engine seals are totally different from steam turbine seals and had no trouble to allow Xiaoqing to work on aviation engine seals for another company. Xiaoqing and Chuck did very well. As a result, Chuck pressed hard on Xiaoqing to quit his GE job. Xiaoqing was afraid of risk with such a small business, and he refused. Chuck became upset because he could not get more of Xiaoqing's time. They broke up the company after about one year of running. This both successful and unsuccessful experience led him later to start a company in China to design and make aviation seals since cost is more manageable, he believed.

From 2008 to 2018, on a typical day, Xiaoqing left work at about 6:30pm and went to watch our son in gymnastics training and then picked him up, as William was doing trainings 4 hours each day and 6 days a week at World Class Gymnastics Academy. He would then rush through dinner at about 8pm, and work on his computers until 11pm. He would either work on his second job, or work for GE especially in later years. He obtained 50+ patents for GE. Most applications, responses to examiners were done at home.  When I complained, he said normal working hours would not allow him to think through on new ideas without being interrupted by day-to-day work. I remember in about 2013, he insisted me to turn off my computer if I am not using, because he found our network was under attack and his computer was hacked. He started to encrypt important files, since he realized that computers are never secure without a company-grade of firewall. Hackers always find a way to get into home network, so much so he told me and I believed him. Thereafter, everyone's computer in our family would be turned off once done working, and no one encountered any problem since then.

In the past three years, Xiaoqing has worked as a handyman and he has become really good at. He has gained a good reputation in the area. His work orders are piling up. He enjoys working and loves to see things get fixed or improved.  He works 6 days a week and only rests on Sunday, so that we still have a roof over our

heads. We suffered dearly in the past four years. I feel depressed from time to time, while Xiaoqing holds on to his faith and seems fine. But I know he has become softer and humbler in and out. It both comforts me and pains me to see he repents and regrets each day for many of his mistakes. I could see his deep sorrow and worry every time after talking to his 86 year-old mother in China. I could only pray for his mom's good health and thank God for that.

I like talking and I could go on and on about Xiaoqing. Meanwhile I fear I have taken too much of your time. I do wish you could see Xiaoqing from my prospective. He is a family man, faulted yet sincere. He never intended to harm anyone or any company. He has already committed to serve the communities and one day become a missionary. I hope you have mercy on him and make him valuable to our society.

With highest respect,

Hui Jin