# LUIBRAND LAW FIRM, PLLC
## 950 NEW LOUDON ROAD, SUITE 270
## LATHAM, NEW YORK 12110

Kevin A. Luibrand, Esq.
Ashlynn R. Savarese, Esq.

Phone:  (518) 783-1100
Fax:     (518) 783-1901
*Service by Fax is not accepted*

Paralegals:
Janet L. Murray
Jennifer Setford

Professional Staff:
Mary Grace Luibrand
Cameron Murray

July 31, 2023

Honorable Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207

Re:   United States v. Xiaoqing Zheng
      Case No. 1:19-cr-00156 (MAD)

Dear Judge D'Agostino:

Dr. Zheng remains on supervised release pending appeal. The family of Dr. Zheng have planned a weekend vacation in Bear Island, New York, which is within the Northern District of New York. Dr. Zheng's conditions of supervised release include a curfew. Dr. Zheng would like to join his family on this vacation, and we are therefore asking for permission for him to travel to 530 Oliverea Road, Big Indian, New York 12410 for the time period of August 18, 2023 to August 20, 2023.

I am copying Dr. Zheng's primary supervising probation officer, Chelsea Deyo, together with Assistant United States Attorney Rick Bellis.

I thank the Court for its consideration.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL:jlm
cc:  Richard D. Belliss, AUSA
     Chelsea Deyo, USPO

Website:   LuibrandLaw.com