# LUIBRAND LAW FIRM, PLLC
### 950 NEW LOUDON ROAD, SUITE 270
### LATHAM, NEW YORK 12110

---

Kevin A. Luibrand, Esq.  
Ashlynn R. Savarese, Esq.

Phone: (518) 783-1100  
Fax: (518) 783-1901  
*Service by Fax is not accepted*

Paralegals:  
Janet L. Murray  
Jennifer Setford

Professional Staff:  
Mary Grace Luibrand  
Cameron Murray

July 31, 2023

Honorable Mae A. D'Agostino, U.S.D.J.  
United States District Court  
Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway, Room 218  
Albany, New York 12207

    Re:    United States v. Xiaoqing Zheng  
                Case No. 1:19-cr-00156 (MAD)

Dear Judge D'Agostino:

    I am in receipt of the motion filed by the government to dismiss the claim to property subject to forfeiture by Hui Jin [*CM/ECF document no. 346*]. I am scheduled to start a 2nd Degree Murder criminal trial on August 28, 2023 in the matter of *People v. Christopher Smith-Wadsworth*, and would therefore request a thirty (30) day extension to September 18, 2023 to respond to said motion on behalf of Hui Jin.

    I thank the Court for its consideration.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL:jlm

cc: Elizabeth A. Conger, Esq., AUSA

Website: LuibrandLaw.com