UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

XIAOQING ZHENG,

          Defendant.
_____

**AFFIRMATION OF KEVIN A. LUIBRAND, ESQ.**

*Index No.: 1:19-cr-156 (MAD)*

KEVIN A. LUIBRAND, ESQ., an attorney licensed to practice law in the courts of the State of New York and in the United States District Court, Northern District of New York, hereby states and affirms the following under penalties of perjury:

1. I am the principal attorney of Luibrand Law Firm, PLLC, attorneys to third-party petitioner Hui Jin, and as such, I am fully familiar with the facts and circumstances of this matter.

2. I submit this affirmation, with exhibits, and the accompanying memorandum of law and affidavit of Hui Jin, with exhibits, in opposition of the Government's July 28, 2023 motion to dismiss Petitioner's third-party petition ("Petition") pursuant to 21 USC § 852(n), and in support of Petitioner's cross-motion for leave to amend her Petition.

3. Annexed hereto as Exhibit "A" is the proposed amended petition with changes to the petition underlined.

Dated: September 18, 2023
      Latham, New York

Yours, etc.,
LUIBRAND LAW FIRM, PLLC

Kevin A. Luibrand, Esq.
NDNY Bar No. 102083
*Attorneys for Third-Party Petitioner Hui Jin*
950 New Loudon Road, Suite 270
Latham, New York 12110
Tel.: (518)783-1100
Fax: (518)783-1901
E-mail: kluibrand@luibrandlaw.com

1