UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   1:19-cr-156 (MAD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Xiaoqing Zheng, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| Defendant. | ) | |

In the Memorandum-Decision and Order of this Court dated April 25, 2024, the ancillary claim filed by Hui Jin was denied and dismissed; therefore, it is now hereby,

ORDERED that in accordance with General Order 15 (IV)(H)(2) and Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture is now final as to the Defendant, and it is further

ORDERED that the property outlined in the Preliminary Order of Forfeiture is hereby forfeited to the United States, and it is further

ORDERED that any claims to the property are hereby forever barred.

IT IS SO ORDERED.

Date: July 12, 2024

Hon. Mae A. D'Agostino
United States District Court Judge